Filed: April 23, 1998

IN THE SUPREME COURT OF THE STATE OF OREGON

JINNY SHIRLEY, LAWANA WARNKE,

and BOBBIE WADE,

 Respondents on Review,

 v.

RAY TOLBERT,

 Petitioner on Review.

_________________________________________________________________

RAY TOLBERT,

 Petitioner on Review,

 v.

JINNY SHIRLEY, LAWANA WARNKE,

and BOBBIE WADE,

 Respondents on Review.

(CC 9404560CV; CA A94869; SC S44610)

 On petition for review from the Court of Appeals filed

October 14, 1997.*

 David V. Gilstrap, of Davis, Gilstrap, Hearn & Welty, P.C.,

Ashland, filed the petition on behalf of petitioner on review.

 Michael L. Spencer, of Spencer, Runnels, MacArthur, &

Porras, Klamath Falls, filed the response on behalf of

respondents on review.

 Before Carson, Chief Justice, and Gillette, Van Hoomissen,

Durham, Kulongoski, and Leeson, Justices.**

 MEMORANDUM OPINION

 The petition for review is allowed. The decision of the

Court of Appeals is vacated. The case is remanded to the Court

of Appeals in light of Alderman v. Davidson, 326 Or 508, ___ P2d

___ (1998).

 *Appeal from Klamath County Circuit Court,

 Roger Isaacson, Judge.

 149 Or App 717, 945 P2d 567 (1997).

 **Graber, J., resigned March 31, 1998, and did not

participate in the decision of this case.